UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | Case No. 1:17-cv-210 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| UNIVERSITY OF | : | |
| CINCINNATI, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on April 11, 2017, submitted a

Report and Recommendations.  (Doc. 7).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in

its entirety.  Accordingly, **IT IS ORDERED** that:

1) Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**
   pursuant to 28 U.S.C. §§ 1916(e)(2)(B) and 1915A(b)(1).  The Clerk shall

1

enter judgment accordingly, whereupon this case shall be **TERMINATED** from the docket of this Court;

2) The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

Date:  8/16/17

Timothy S. Black
United States District Judge